**Electronically Filed
Supreme Court
SCOT-18-0000896
29-NOV-2018
01:51 PM**

SCOT-18-0000896

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ORIGHOYE DENNIS IYONSI, Petitioner,

vs.

WAL-MART INCORPORATION, Respondent.

---

ORIGINAL PROCEEDING

<u>ORDER DISMISSING PETITION</u>

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Orighoye Dennis Iyonsi's "Brief for the United States as Amicus Curiae," filed as a petition on November 16, 2018, the supporting documents, and the record, it appears that, under the facts and circumstances of this matter, this court does not have jurisdiction to provide petitioner the relief he seeks. <u>See</u> HRS §§ 602-5 and 602-59; HRAP Rule 40.1. Accordingly,

IT IS HEREBY ORDERED that the petition is dismissed.

DATED: Honolulu, Hawaiʻi, November 29, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

